# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JOHNNY E. SCOTT                                                                                   PLAINTIFF

VS.                                       No. 4:17-CV-00040-BRW-PSH

NANCY A. BERRYHILL,
**Acting Commissioner,**
**Social Security Administration**                                                               DEFENDANT

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge Patricia Harris. No objections have been filed. After careful consideration, I approve and adopt the Recommended Disposition in its entirety.

Accordingly, the Commissioner's decision is AFFIRMED, and Plaintiff Johnny E. Scott's Complaint (Doc. No. 2) is DISMISSED with prejudice.

IT IS SO ORDERED, this 20th day of November, 2017.


/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE