IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHNNY E. SCOTT                                                          PLAINTIFF

VS.                              No. 4:17-CV-00040-BRW-PSH

NANCY A. BERRYHILL,
**Acting Commissioner,**
**Social Security Administration**                                       DEFENDANT

## JUDGMENT

Based on the Order entered today, this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

IT IS SO ORDERED, this 20th day of November, 2017.


                /s/ Billy Roy Wilson _____
                UNITED STATES DISTRICT JUDGE